UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ASHLEY K. EVE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02036-JPH-DML |
| | ) | |
| SUPERINTENDENT, INDIANA STATE | ) | |
| POLICE, in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Dismissal**

Consistent with their separately filed Joint Stipulation, the parties file their Notice of Dismissal of this action, without prejudice, with each party to pay their own costs and attorneys' fees.

WHEREFORE, the parties file this Notice.


Kenneth J. Falk  
Gavin M. Rose  
Stevie J. Pactor  
ACLU of Indiana  
1031 E. Washington St.  
Indianapolis, IN 46202  
317/635-4059  
fax: 317/635-4105  
kfalk@aclu-in.org  
grose@aclu-in.org  
spactor@aclu-in.org  

/s/ *Diana L. Moers*  
(w/permission)  
Diana L. Moers  
Winston Lin  
Zachary R. Griffin  
Deputy Attorneys General  
IGCS-5th Floor  
302 W. Washington St.  
Indianapolis, IN 46204  
317/232-6201  
fax: 317/232-7979  
Diana.moers@atg.in.gov  

[1]

Attorneys for Plaintiffs

Winston.lin@atg.in.gov
Zachary.griffin@atg.in.gov

Attorneys for Defendant