UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ASHLEY K. EVE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02036-JPH-DML |
| | ) | |
| SUPERINTENDENT, INDIANA STATE POLICE, in his official capacity, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The parties having filed their Notice of Dismissal, and the Court being duly advised now notes that, consistent with the terms of the Joint Stipulation filed by the parties, this matter is DISMISSED, without prejudice, with each party to pay their own costs and attorneys' fees.

_____                           _____
Date                                 Judge, United States District Court


To:     All ECF-registered counsel of record

[1]